723 A.2d 975

MARIE K. RYAN AND THOMAS R. RYAN, CO–ADMINISTRATORS AND ADMINISTRATORS AD PROSEQUENDUM OF THE ESTATE OF DANIEL J. RYAN, DECEASED, PLAINTIFFS–APPELLANTS, v. LCS, INC., T/A D'JAIS, AND DONALD DAVISON, JR., DEFENDANTS, AND TIG INSURANCE COMPANY, DEFENDANT–RESPONDENT.

Argued February 17, 1999—Decided March 3, 1999.

*Kenneth L. Thomson,* argued the cause for appellants (*Schottland, Manning, Rosen, Caliendo & Munson,* attorneys).

*Jay Lavroff,* argued the cause for respondent (*Lindabury, McCormick & Estabrook,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Kimmelman's opinion of the Appellate Division, reported at 311 *N.J.Super.* 618, 710 *A.*2d 1050 (1998).

*For affirmance*—Chief Justice PORITZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN, and COLEMAN—7.

*Opposed*—None.